UNITED STATES DISTRICT COURT

MIDDLES DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN HUBER<br><br>　　　　Plaintiff,<br>　v.<br><br>PRO CUSTOM SOLAR LLC, D/B/A<br>MOMENTUM SOLAR<br><br>　　　　Defendant. | NO.  NO.  19-CV-1090-RDM<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

ORDER

**AND NOW** this _____ day of _____, 2019 on consideration of the attached motion to dismiss pursuant to F.R.C.P. 12(b)(6), the motion is GRANTED.

Dated: _____                _____
　　　　　　　　　　　　　　　　　　Robert D. Mariani
　　　　　　　　　　　　　　　　　　United States District Judge

# UNITED STATES DISTRICT COURT
# MIDDLES DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN HUBER<br><br>　　　　Plaintiff,<br>v.<br><br>PRO CUSTOM SOLAR LLC, D/B/A<br>MOMENTUM SOLAR<br><br>　　　　Defendant. | NO. NO. 19-CV-1090-RDM<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

## PRO CUSTOM SOLAR LLC MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(b)(6)

1. Plaintiff filed the captioned civil action as a class action complaint for alleged violation of the Telephone Consumer Protection Act (TCPA) 47 U.S.C. §227.

2. The Factual Allegation portion of plaintiff's complaint includes only pro forma conclusory language rather than specific factual allegations giving rise to plausible entitlement to relief.

3. More specifically, plaintiff has failed to plead facts sufficient to give rise to a plausible claim that:

　　a.　The subject calls were "telephone solicitation";

b.  The subject calls were placed to a "residential telephone line"; and

c.  Defendant Pro Custom Solar or its agents initiated the calls.

WHEREFORE, defendant, Pro Custom Solar LLC, respectfully requests that Your Honorable Court enter the attached order dismissing plaintiff's complaint for failure to state a claim upon which relief can be granted.

Respectfully submitted:

/s/ George W. Westervelt, Jr.
GEORGE W. WESTERVELT, JR.
Attorney I.D. No. 18195
706 Monroe Street, P.O. Box 549
Stroudsburg, PA 18360-0549
geowwest@ptd.net
570.421.6100


/s/ Michael Marotte, Esq.
MICHAEL MAROTTE, ESQ.
Schenck, Price, Smith & King, LLP
220 Park Avenue
PO Box 991
Florham Park, NJ 07932
MJM@spsk.com
973.631.7848
Attorneys for Pro Custom Solar LLC,
d/b/a/ Momentum Solar

## **CERTIFICATION OF NON-CONCURRENCE**

George W. Westervelt, Jr. attorney for Pro Custom Solar certifies that he has sought concurrence in this motion from plaintiff's counsel and concurrence has been denied.

          /s/ George W. Westervelt, Jr.
          GEORGE W. WESTERVELT, JR.