IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN HUBER, :
 :
    Plaintiff, :
 v. : 3:19-CV-01090
 : (JUDGE MARIANI)
PRO CUSTOM SOLAR, LLC, d/b/a/ :
MOMENTUM SOLAR :
 :
    Defendant. :

## ORDER

**AND NOW, THIS 18TH DAY OF MAY, 2020**, for the reasons set forth in this Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT** Defendant's Motion to Dismiss Plaintiff's Complaint (Doc. 12) is **DENIED**.

                                                    _s/ *Robert D. Mariani*_____
                                                    Robert D. Mariani
                                                    United States District Judge