IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN HUBER,

  Plaintiff,

v.              3:19-CV-01090
             (JUDGE MARIANI)
PRO CUSTOM SOLAR LLC, d/b/a
MOMENTUM SOLAR

  Defendant.

## ORDER

AND NOW, THIS 24th DAY OF SEPTEMBER 2021, for the reasons set forth in this Court's accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT:**

1. Defendant shall produce, **within 14 days of the date of this Order**, the requested call records as an excel file, in either the ".csv" or ".txt" document format.

2. Defendant shall pay, **within three (3) days of this Order**, $7,500 to Plaintiff in reasonable attorney's fees incurred by Plaintiff in connection with this dispute.

3. If Defendant fails to provide Plaintiff with the requested call records by the deadline imposed by Paragraph 1 of this Order, the Court will impose a sanction of $100 for each additional day Defendant fails to produce the call records.

4. Defendant must provide the Court with an affidavit from an authorized representative of the unidentified vendor referred to the September 13, 2021 joint status report to the Court (Doc. 72) indicating why it "could not collect all data with[in] the scope of [the Court's] [O]rder." (Doc. 72 at 1).

*[signature]*

Robert D. Mariani
United States District Judge