IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN HUBER,

    Plaintiff,

v.

PRO CUSTOM SOLAR LLC, d/b/a
MOMENTUM SOLAR,

    Defendant.

3:19-CV-01090
(JUDGE MARIANI)

### ORDER

**AND NOW, THIS 29TH DAY OF NOVEMBER, 2022,** upon receipt of the Stipulation of Dismissal with Prejudice (Doc. 120) signed by counsel for Plaintiff and Defendant, filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY ORDERED THAT** this action is **DISMISSED WITH PREJUDICE.** The Clerk of Court is directed to **CLOSE** this case.

_____
Robert D. Mariani
United States District Judge